AO 440 (Rev. 1/90) Summons in a Civil Action

CAB-01-192

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 11/14/01 |
| NAME OF SERVER (PRINT) Gabriel Vega Jr. | TITLE Process Server |

United States District Court
Southern District of Texas
FILED

NOV 1 4 2001

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 600 S. Shore Dr. Port Isabel, Texas 78578

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | 35.00 | 35.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/14/01
_____
Date

Signature of Server

943 N. Expy #15-165/ Brownsville, Texas 78520
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.