

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**NOV 2 9 2001**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CINDY MAE, INC., | § | |
| LAWRENCE ZAK and | § | |
| FRANCISCO REYNA | § | |
| Plaintiffs | § | |
| | § | CIVIL ACTION NO. B-01-192 |
| VS. | § | |
| | § | |
| BEA CORPORATION, | § | IN ADMIRALTY |
| RAUL LIMAS, *in personam*, and | § | |
| THE OIL SCREW FISHING | § | |
| VESSEL BEA, her engines, tackle, | § | |
| etc., *in rem* | § | |
| Defendants | § | |

## LIST OF INTERESTED PARTIES

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW **Cindy Mae, Inc., Lawrence Zak** and **Francisco Reyna** Plaintiffs in the above-entitled and numbered cause, and respectfully files the following list of individuals or entities having a financial interest in this litigation:

1) Cindy Mae, Inc., Plaintiff
   HC 70, Box 18, Brownsville, Texas 78521

2) Lawrence Zak
   2425 North Coria, Brownsville, Texas 78520, Plaintiff;

3) Francisco Reyna
   524 Rosita Street, Brownsville, Texas 78520, Plainitff;

4)    Jack G. Carinhas, Jr.
      Attorney and Counselor at Law
      302 Kings Highway, Suite 109, Brownsville, TX 78521;
      Plaintiffs' attorney.

5)    Bea Corporation
      600 South Shore Drive, Port Isabel, Texas 78578, Defendant;

6)    Raul Limas
      600 South Shore Drive, Port Isabel, Texas 78578, Defendant.

Respectfully submitted,

Jack G. Carinhas, Jr.
Fed I.D. #1179
S.B. #03795000
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Tel:   956/542-9161
Fax:   956/542-3651

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing pleading was served upon Bea Corporation, Raul Limas, *in personam*, and the Oil Screw Fishing Vessel *Bea*, her engines, tackle, etc., *in rem*, by First Class letter, postage prepaid and properly addressed on this 28th day of November, 2001.

Jack G. Carinhas, Jr.