IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CINDY MAE, INC., § | |
| LAWRENCE ZAK and § | |
| FRANCISCO REYNA § | |
|     Plaintiffs § | |
| § | CIVIL ACTION NO. B-01-192 |
| VS. § | |
| § | |
| BEA CORPORATION, § | IN ADMIRALTY |
| RAUL LIMAS, *in personam*, and § | |
| THE OIL SCREW FISHING § | |
| VESSEL BEA, her engines, tackle, § | |
| etc., *in rem* § | |
|     Defendants § | |

## FIRST AMENDED LIST OF INTERESTED PARTIES

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW **Cindy Mae, Inc., Lawrence Zak** and **Francisco Reyna** Plaintiffs in the above-entitled and numbered cause, and respectfully files the following list of individuals or entities having a financial interest in this litigation:

1) Cindy Mae, Inc., Plaintiff
   HC 70, Box 18, Brownsville, Texas 78521

2) Lawrence Zak
   2425 North Coria, Brownsville, Texas 78520, Plaintiff;

3) Francisco Reyna
   524 Rosita Street, Brownsville, Texas 78520, Plainitff;

4) Jack G. Carinhas, Jr.
   Attorney and Counselor at Law
   302 Kings Highway, Suite 109, Brownsville, TX 78521;
   Plaintiffs' attorney.

5)     Bea's Corporation
        P. O. Box 814, Port Isabel, Texas 78578, Defendant;

6)     Raul Limas (Castellanos)
        P. O. Box 814, Port Isabel, Texas 78578, Defendant;

7)     Dennis Sanchez
        Sanchez Whittington Janis & Zabarte, LLP
        100 North Expressway 83, Brownsville, Texas 78521-2284
        Defendants' Attorney

Respectfully submitted,

_____
Jack G. Carinhas, Jr.
Fed I.D. #1179
S.B. #03795000
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Tel: 956/542-9161
Fax: 956/542-3651

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing pleading was served upon Mr. Dennis Sanchez of the law firm Sanchez Whittington Janis & Zabarte, LLP., 100 North Expressway 83, Brownsville, Texas 78521-2284, by First Class letter, postage prepaid and properly addressed on this 11 Th day of December, 2001.

_____
Jack G. Carinhas, Jr.