9

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CINDY MAE, INC., | § | |
| LAWRENCE ZAK and | § | |
| FRANCISCO REYNA | § | |
| Plaintiffs | § | |
| | § | CIVIL ACTION NO. B-01-192 |
| VS. | § | |
| | § | |
| BEA CORPORATION, | § | IN ADMIRALTY |
| RAUL LIMAS, *in personam*, and | § | |
| THE OIL SCREW FISHING | § | |
| VESSEL BEA, her engines, tackle, | § | |
| etc., *in rem* | § | |
| Defendants | § | |

## PLAINTIFFS' RULE 26 INITIAL DISCLOSURES

Pursuant to Fed.R.Civ.P. 26(a), Jack G. Carinhas, Jr., Attorney for Plaintiffs Cindy Mae, Inc., Lawrence Zak and Francisco Reyna, hereby makes the following Initial Disclosures:

(1)(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

1)   Buster Harris, president of Cindy Mae, Inc., HC 70, Box 18, Brownsville, Texas 78521 (telephone 956/831-3601) has knowledge regarding liability and damage issues.

2)   Lawrence Zak, 2425 North Coria, Brownsville, Texas 78520 (telephone 956/831-3601), master of the F/V *Gulf Seas* has knowledge regarding the collision, liability and damage issues.

3)   Francisco Reyna, 524 Rosita Street, Brownsville, Texas 78520 (telephone 956/542-9733), Rigman of the F/V *Gulf Seas* has knowledge regarding the collision, liability and damage issues.

4)   Joe Lopez, 205 Simpson, Brownsville, Texas 78520 (telephone 956/546-1397) has knowledge regarding the collision, liability and damage issues.

5)   Raul Lima (Castellanos), registered agent and principal shareholder and director of Bea's Corporation, P. O. Box 814, Port Isabel, Texas, may have knowledge regarding damage and liability issues.

6)   Crewmembers of the F/V *Bea* (whose identities are presently unknown), have knowledge of the collision and liability issues.

7)   Carlton Reyes, Surveyor, 104 Huisache Street, Los Fresnos, Texas 78566 (telephone 956/233-4734), has knowledge of damage issues.

Any and all treating physicians and health-care providers including but not limited to the following:

8)   Dr. L. R. Pelly, 394 Military Highway, Brownsville, Texas 78521 (telephone 956/544-5786) may have knowledge regarding the Plaintiffs' medical condition and treatment of Plaintiffs' Lawrence Zak and Francisco Reyna.

(1)(B)  A copy, or a description by category and location of, all documents, data compilations, and tangible things relevant to disputed facts alleged with particularity in the pleadings:

Plaintiffs' in accordance with Fed.R.Civ.P. 26(a), hereby disclose the following categories of documents, which may be obtained from the medical provider listed above:

1)   Repair records relating to collision damage sustained to F/V *Gulf Seas*;

2)   Loss of earning of Plaintiff Cindy Mae, Inc. for downtime of F/V *Gulf Seas* based on records of comparable vessel;

3)    Medical records regarding diagnosis and treatment of injuries to Plaintiffs Lawrence Zak and Francisco Reyna, which may be obtained from the medical provider listed above;

4)    Medical invoices regarding treatment of injuries to Plaintiffs Lawrence Zak and Francisco Reyna, which may be obtained from the medical provider listed above;

(1)(C) A computation of any category of damages claimed:

1)    Medical expenses for Lawrence Zak and Francisco Reyna estimated at $500 to date.

2)    Future medical expenses presently unknown.

3)    Estimated past loss of earnings of Plaintiff Lawrence Zak from January 14, 2000 to April 15, 2000 based on monthly income of $1,500 is approximately $4,500.

4)    Estimated past loss of earning of Plaintiff Francisco Reyna from January 14, 2000 to April 15, 2000 based on monthly income of $1,000 is approximately $3,000.

5)    Property damage to the F/V *Gulf Seas* estimated at $70,000 for physical damage and loss of earnings.

6)    Loss of personal property owned by Lawrence Zak estimated at $1,500.

7)    Loss of personal property owned by Francisco Reyna estimted at $500.

(1)(D)A copy of any insurance agreement:

Plaintiffs have no insurance and have requested from Defendants a copy of the insurance policy.

The undersigned attorney, as attorney of record for the Plaintiff, certifies that a true and correct copy of the attached document has been served upon opposing counsel by the method of service indicated below on this the 4th day of March, 2002.

Respectfully submitted,

Jack G. Carinhas, Jr.
USDC No. 1179
S.B. #03795000
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone:  956/542-9161
Telefax:     956/542-3651

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiffs Rule 26 Initial Disclosures was served upon on Mr. Dennis Sanchez of Sanchez Whittington Janis & Zabarte, L.L.P., at 100 North Expressway 83, Brownsville, Texas 78521-2284 by First Class Letter this 4th day of March, 2002.

Jack G. Carinhas, Jr.