IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CINDY MAE, INC., § | |
| LAWRENCE ZAK and § | |
| FRANCISCO REYNA § | |
| § | |
| Plaintiffs, § | |
| VS. § | CASE NUMBER B-01-192 |
| § | |
| BEA CORPORATION, § | |
| RAUL LIMAS, *in personam*, and § | |
| THE OIL SCREW FISHING § | |
| VESSEL BEA, her engines, tackle, § | |
| etc., *in rem* § | |
| Defendants. § | |

### DEFENDANTS' INITIAL DISCLOSURES
### PURSUANT to F.R.C.P. 26(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants, Bea Corporation and Raul Lima Castellanos, *in personam*, file their Initial Disclosures, as required by Fed. R. Civ. P. 26(a)(1). Defendants disclose and declare as follows:

(1) (A) The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:

See attached Exhibit A, "Persons With Knowledge of Relevant Facts."

(1) (B) A copy of, or a description by category and location, of all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:

Defendants will supplement this request.

(1) (C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material not privileged or protected from disclosure, on which such computation is based, including materials on the nature and extent of the injuries suffered; and

Defendant will supplement this request.

(1) (D) For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part of all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Defendant will supplement this request.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
 & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

By: _____
Dennis Sanchez
State Bar No. 17569600
Federal Admission No. 1594
ATTORNEYS FOR DEFENDANTS
BEA CORPORATION, RAUL LIMA
CASTELLANOS and the F/V BEA

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Initial Disclosures has been served upon opposing counsel, via certified mail, return receipt requested, on this _8th_ day of March, 2002, as follows:

        Mr. Jack G. Carinhas, Jr.
        302 Kings Highway, Suite 109
        Brownsville, Texas 78521

                                _/s/ Dennis Sanchez_
                                Dennis Sanchez

# EXHIBIT "A"
## Persons with Knowledge of Relevant Facts

1. Buster Harris
   HC 70, Box 18
   Brownsville, TX 78521
   (956) 831-3601
   President of Cindy Mae, Inc., Defendant

2. Lawrence Zak
   2425 North Coria
   Brownsville, TX 78520
   (956) 831-3601
   Master of the F/V GULF SEAS, who has knowledge regarding the collision in question, liability and damages issues.

3. Francisco Reyna
   524 Rosita Street
   Brownsville, TX 78520
   (956) 542-9733
   Rigman of the F/V GULF SEAS, who has knowledge regarding the collision in question, liability and damages issues.

4. Joe Lopez
   205 Simpson
   Brownsville, TX 78520
   (956) 546-1397
   Mr. Lopez has knowledge regarding the collision in question, liability and damages issues.

5. Raul Lima Castellanos
   P. O. Box 814
   Port Isabel, TX 78578
   Registered agent and president of Bea's Corporation, who has knowledge regarding damage and liability issues.

6. Crew members of the F/V BEA on the date of the incident in question, who may have knowledge of the collision and liability issues: Antonio Munoz, address unknown; Castulo Oliver, address unknown; Jesus Garcia, P. O. Box 680, Port Isabel, TX 78578; and Ivan Perez, address unknown.

7. Carlton Reyes
   104 Huisache
   Los Fresnos, Texas 78566
   Marine Surveyor who has knowledge regarding damage issues.

Any and all treating physicians and other health-care providers, including but not limited to:

8. Lorenzo L. Pelly, M.D.
   394 Military Hwy.
   Brownsville, TX 78520
   (956) 544-5786
   Dr. Pelly has knowledge regarding Plaintiffs Lawrence Zak and Francisco Reyna's medical condition and treatment.

9. Jack G. Carinhas, Jr.
   Attorney at Law
   302 Kings Highway, Suite 109
   Brownsville, Texas 78521
   (956) 542-9161
   Attorney for Plaintiffs

11. Dennis Sanchez
    Sanchez Whittington Janis Zabarte, LLP
    100 North Expressway 83
    Brownsville, Texas 78521
    (956) 546-3731
    Attorney for Defendants

The above-named persons have knowledge of the facts and evidence made the basis of this lawsuit.