IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CINDY MAE, INC., <br> LAWRENCE ZAK and <br> FRANCISCO REYNA <br><br> Plaintiffs, <br> VS. <br><br> BEA CORPORATION, <br> RAUL LIMAS, *in personam*, and <br> THE OIL SCREW FISHING <br> VESSEL BEA, her engines, tackle, <br> etc., *in rem* <br> Defendants. | § § § § § § § § § § § § § | CASE NUMBER B-01-192 |

United States District Court
Southern District of Texas
FILED

MAR 1 3 2002

Michael N. Milby
Clerk of Court

DEFENDANTS' SUPPLEMENTAL DISCLOSURES
PURSUANT to F.R.C.P. 26(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants, Bea Corporation and Raul Lima Castellanos, *in personam*, file their Supplemental Disclosures, as required by Fed. R. Civ. P. 26(a)(1). Defendants disclose and state as follows:

(1) (B) A copy of, or a description by category and location, of all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:

See attached.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
    & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

By: _____
Dennis Sanchez
State Bar No. 17569600
Federal Admission No. 1594
ATTORNEYS FOR DEFENDANTS
BEA'S CORPORATION, RAUL LIMA
CASTELLANOS and the F/V BEA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Initial Disclosures has been served upon opposing counsel, via certified mail, return receipt requested, on this 13th day of March, 2002, as follows:

Mr. Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

_____
Dennis Sanchez

## EXHIBIT "B"
### Documents

1. Damage Survey of the vessel M/V GULF SEAS done by Carlton Reyes, marine surveyor and consultant.

# REYES MARINE INDUSTRIES, INC.

104 Huisache Street
Los Fresno, Texas 78566

**Carlton Reyes Marine Surveyor and Consultant**

Home Phone 956-20...734   Mobile 956-51...    Office 956-838-1219



Survey Report No. **333**                              Date **January 24, 2000**

This surveyor agrees to use his best efforts on behalf of those for whom this survey is made, but it is distinctly understood and agreed that this surveyor will have no liability for any errors or omissions whether due to negligence or otherwise in excess of the actual charge made for this survey, and any and all persons interested in or to be affected hereby accept this report on that basis.

## DAMAGE SURVEY

VESSEL: M/V "GULF SEAS"
OFF. NO.: 587253

THIS IS TO CERTIFY THAT THE UNDERSIGNED MARINE SURVEYOR DID, at the request of Mr. Dennis Sanchez of SANCHEZ WHITTINGTON JANIS & ZABARTE LLP, perform a survey of the F/V GULF SEAS on January 18, 2000 attend on board the above named vessel docked at Shrimp Basin, Brownsville Texas for the purpose of ascertaining the nature, extent and recommended method of repairs to the F/V GULF SEAS as a result of being struck by the F/V BEA while trawling off-shore of Port Isabel, Texas

It was reported that at approximately 4:30 AM on January 14, 2000 while trawling off-shore approximately 30 miles from Port Isabel, Texas, loran readings 11163.0 & 23714.0 the F/V GULF SEAS was struck by the F/V BEA causing damages to the pilot house and navigation equipment of the F/V GULF SEAS. It was reported that the pilot house was broken away from the deckhouse the captain reported placing rope around the pilot house and pulling it back in place using the winch. The steering was then rigged with a chain hoist so the vessel could be brought back to port. The captain reported cutting the trawl cable to avoid the cable being entangled with the propeller.

**VESSEL OWNED:** By Cindy Mae, Inc.
Fisherman Street, Shrimp Basin
Star Route Box 18
Brownsville, Texas 78521

SURVEY NO. 333                    -2-                    January 24, 2000

IN ATTENDANCE                              REPRESENTING

CARLTON REYES                              MR. DENNIS SANCHEZ
MARINE SURVEYOR                            of SANCHEZ WHITTINGTON
Reyes Marine Industries, Inc.              JANIS & ZABARTE LLP.
104 Huisache St.
Los Fresnos, Texas


BUSTER HARRIS                              OWNER/ CINDY MAE, INC
                                           M/V GULF SEAS


VESSEL'S DESCRIPTION: This is a wood/fiberglass shrimp trawler, raked stem, square stern, flush deck. 30" high closed bulwarks with adequate freeing ports. Wood/fiberglass deck house with raised pilot enclosed in foward end. Mast, out-riggers, deck boom.

BUILT in ST. Augustine FL. in 1977
HOMEPORT Brownsville, Texas
DIMENSIONS: Length 68.5'   Width 20.5'   Depth 9.2'
TONNAGE:    Gross 101   Net 68

UPON EXAMINATION

FOUND                                      RECOMMENDED

Foward end deck house pulled               Remove plywood siding,
away from deck.                            refasten 2x4 to deck
                                           replace plywood siding and
                                           fiberglass as original.


Port and Stbd sides                        Remove plywood siding
pilot house aft of pilot                   replace broken studs
doors is broken, pilot                     as needed replace plywood
house doors damaged.                       siding and fiberglass
                                           as original.
                                           Repair doors as needed.

SURVEY NO. 333                        -3-                      January 24, 2000

Holes in Stbd. side top replacedeck of deck house, holes in over-hang foward side deck house.

Remove plywood and 2x4 as needed, replace plywood decking and fiberglass as original. repair holes in over-hang as needed.

Damages to auto-pilot.

Check and repair as needed.

Damages to paneling inside pilot house walls and ceiling.

Replace paneling as needed

Compass went over-board during incident.

Replace Compass.

Pilot house gauges, tubing and wiring to gauges damaged.

Replace tubing, wiring and gauges as needed

Pilot house controls damaged.

Check and repair as needed.

Radar stand and radar scanner is broken.

Repair radar stand and replace radar scanner and dome as original.

Aft side pilot house damaged, also the windows is damaged

Repair siding and replace windows.

SURVEY NO. 333                        -4-                      January 24, 2000

Running lights boxes                      Repair and reinstall boxes
are damaged. spotlight                    as needed, repair and install
damaged.                                  spotlight as needed.

Wheel stand is broken.                    Repair wheel stand as
wheel shaft is bent.                      needed, replace wheel
                                          shaft, sprocket and chain
                                          needed.

Electronic damaged.                       Check and repair electronics
(1) Fathometer                            and replace as needed.
(2) LC-90 FURUNO loran
(3) Radar
(4) GPS
(5) DuBOSE SSB radiotelephone

SURVEYORS NOTATIONS:

In the undersigned's opinion, the total cost of repairs should not exceed
$ 14,000.00 this does not include repairs or replacing any of the
electronic equipment or replacing the trawl rigs.

The damages sighted appear to be recent in nature and related to the
incident resulting from the collision with the F/V BEA.

THIS SURVEY IS SUBMITTED WITHOUT PREJUDICE AND FOR THE BENEFIT OF WHOM
IT MAY CONCERN.

                                   CARLTON REYES, MARINE SURVEYOR
                                   _____