## Civil Courtroom Minutes



United States District Court
Southern District of Texas
FILED

MAR 18 2002

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Roberts   ■ Lehrman |
| DATE | 03 — 18 — 02 |
| TIME | a.m.   a.m.<br>3:20 p.m. — 3:40 p.m. |
| CIVIL ACTION | B — 01 — 192 |
| STYLE | Cindy Mae Inc.,<br>*versus*<br>Bea Corp. et al. |

DOCKET ENTRY

(HGT)  ■ Initial Pre-Trial Conference:

(Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s): Jack Carinhas
Attorney(s) for Defendant(s):   Dennis Sanchez

Comments:

    Mr. Sanchez was not initially present and told the Court that he did not have the date in his file. He apologized, and the court accepted the apology.

    This is a maritime case arising out of a boat collision. Crossing a bow is a violation of "rules of the road" of the sea. Mr. Sanchez states that his understanding is that his clients did not flee the scene of the accident.

    The Court asked how much discovery will be needed before referral to mediation? Depositions and interrogatories. Exchange of documents on repairs & costs. Mr. Carinhas stated that mediation will hopefully resolve the case. He does not think the damages will too great. The Court asked the Parties to add the dates they would like to go to mediation and the dates of pre-mediation discovery.

As a tentative mediation date, the Parties propose June 1-28.

Scheduling Order to be submitted.