| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

*Cindy Mac, Inc.* §
versus §
*Bee Corp., et al* §   CIVIL ACTION B-*01-192*
§
§

## Scheduling Order

**United States District Court**
**Southern District of Texas**
**ENTERED**
**MAR 1 9 2002**
**Michael N. Milby, Clerk of Court**
**By Deputy Clerk**

1. Trial: Estimated time to try: *2* days.  ☒ Bench  ☐ Jury

2. New parties must be joined by:  *None*

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: *6/15/02*
   *Mediation* by
4. The defendant's experts must be named with a report furnished *June 28, 2002*
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:  *10/20/02*

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

************************    The court will provide these dates.    ************************

6. Dispositive Motions will be filed by:  *11/25/02*

7. Joint pretrial order is due:  *2/14/03*

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:  *3/6/03*

9. Jury Selection is set for 9:00 a.m. on:  *3/10/03*

The case will remain on standby until tried.

Signed *March 18*, 200*2*, at Brownsville, Texas.

*/s/ Hilda Tagle*
Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

*Scheduling Order--Page Two*

_____          _____
Counsel for _Plaintiff_                   Counsel for_____

_____          _____
Counsel for _Defendant_                   Counsel for_____

_____          _____
Counsel for_____          Counsel for_____