| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

CINDY MAE, INC., ET AL § 
§
versus § CIVIL ACTION B-01-192
§
BEA CORPORATION, ET AL §

United States District Court
Southern District of Texas
ENTERED
MAR 28 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Amended Scheduling Order

1. Trial: Estimated time to try: __2__ days.    ☒ Bench    ☐ Jury

2. New parties must be joined by: __4/5/02__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: __6/14/02__

4. MEDIATION by: __6/28/02__

5. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

6. Discovery must be completed by: __10/21/02__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

********************************The Court will provide these dates***************************

7. Dispositive Motions will be filed by: __11/25/02__

8. Joint pretrial order is due: __2/14/03__

   *(The plaintiff is responsible for filing the pretrial order on time.)*

9. Docket Call and final pretrial conference is set for 1:30 p.m. on: __3/6/03__

10. Jury Selection is set for 9:00 a.m. on: __N/A__

    *(The case will remain on standby until tried.)*

Signed __March 28__, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge