IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 26 2002
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CINDY MAE, INC., | § | |
| LAWRENCE ZAK and | § | |
| FRANCISCO REYNA | § | |
|     Plaintiffs | § | |
| | § | CIVIL ACTION NO. B-01-192 |
| VS. | § | |
| | § | |
| BEA CORPORATION, | § | IN ADMIRALTY |
| RAUL LIMAS, *in personam*, and | § | |
| THE OIL SCREW FISHING | § | |
| VESSEL BEA, her engines, tackle, | § | |
| etc., *in rem* | § | |
|     Defendants | § | |

## CERTIFICATE OF WRITTEN
## RESPONSE TO DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

In compliance with Federal Rules of Civil Procedure, Plaintiff certifies that it has served its responses to the following discovery pleadings upon Defendants' attorney of record, Hon. Dennis Sanchez:

1)   Plaintiff Cindy Mae, Inc.'s Answers to Defendants' Interrogatories;

2)   Plaintiff Cindy Mae, Inc.'s Response to Defendants' Request for Production;

Respectfully submitted,

*Jack G. Carinhas, Jr.*
Jack G. Carinhas, Jr.
Fed I.D. #1179
S.B. #03795000
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Tel:   956/542-9161
Fax:   956/542-3651

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing discovery pleading was served upon Mr. Dennis Sanchez of the law office of Sanchez, Whittington, Janis & Zabarte, L.L.P., 100 North Expressway 83, Brownsville, Texas 78520, by Certified Mail, Return Receipt Requested, postage prepaid and properly addressed on this 23rd day of April, 2002.

Jack G. Carinhas, Jr.