United States District Court
Southern District of Texas
FILED

APR 2 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CINDY MAE, INC., <br> LAWRENCE ZAK and <br> FRANCISCO REYNA <br>    Plaintiffs <br><br> VS. <br><br> BEA CORPORATION, <br> RAUL LIMAS, *in personam*, and <br> THE OIL SCREW FISHING <br> VESSEL BEA, her engines, tackle, <br> etc., *in rem* <br>    Defendants | § § § § § § § § § § § § § § | CIVIL ACTION NO. B-01-192 <br><br> IN ADMIRALTY |

## CERTIFICATE OF WRITTEN
## RESPONSE TO DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

In compliance with Federal Rules of Civil Procedure, Plaintiff **Francisco Reyna** certifies that he has served its responses to the following discovery pleadings upon Defendants' attorney of record, Hon. Dennis Sanchez:

1) Plaintiff Francisco Reyna's Answers to Defendants' Interrogatories;

2) Plaintiff Francisco Reyna's Response to Defendants' Request for Production;

Respectfully submitted,

Jack G. Carinhas, Jr.
Fed I.D. #1179
S.B. #03795000
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Tel: 956/542-9161
Fax: 956/542-3651

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing discovery pleading was served upon Mr. Dennis Sanchez of the law office of Sanchez, Whittington, Janis & Zabarte, L.L.P., 100 North Expressway 83, Brownsville, Texas 78520, by Personal Delivery and properly addressed on this 26th day of April, 2002.

Jack G. Carinhas, Jr.