IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CINDY MAE, INC., | § | |
| LAWRENCE ZAK and | § | |
| FRANCISCO REYNA | § | |
|     Plaintiffs | § | |
| | § | CIVIL ACTION NO. B-01-192 |
| VS. | § | |
| | § | |
| BEA CORPORATION, | § | IN ADMIRALTY |
| RAUL LIMAS, *in personam*, and | § | |
| THE OIL SCREW FISHING | § | |
| VESSEL BEA, her engines, tackle, | § | |
| etc., *in rem* | § | |
|     Defendants | § | |

**CERTIFICATE OF WRITTEN
RESPONSE TO DISCOVERY**

TO THE HONORABLE JUDGE OF SAID COURT:

In compliance with Federal Rules of Civil Procedure, Plaintiff certifies that it has served its responses to the following discovery pleadings upon Defendants' attorney of record, Hon. Dennis Sanchez:

1)     Plaintiff Cindy Mae, Inc.'s First Supplemental Response to Defendant's Request for Production.

Respectfully submitted,

*[signature]*
Jack G. Carinhas, Jr.
Fed I.D. #1179
S.B. #03795000
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Tel:   956/542-9161
Fax:   956/542-3651

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing discovery pleading was served upon Mr. Dennis Sanchez of the law office of Sanchez, Whittington, Janis & Zabarte, L.L.P., 100 North Expressway 83, Brownsville, Texas 78520, by Personal Delivery this _16 TH_ day of July, 2002.

*[signature]*
Jack G. Carinhas, Jr.