IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CINDY MAE, INC., et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C.A. No. B-01-192 |
| | § | |
| BEA CORPORATION, et al., | § | |
| Defendants. | § | |

ORDER

BE IT REMEMBERED that on the 30th day of July 2002, the Court ORDERED the Parties to apprise the Court, in writing, of the status of mediation proceedings by Friday, August 2, 2002 at 3 p.m.

DONE this 30th day of July, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge