IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CINDY MAE, INC., | § | |
| LAWRENCE ZAK and | § | |
| FRANCISCO REYNA | § | |
|       Plaintiffs | § | |
| | § | CIVIL ACTION NO. B-01-192 |
| VS. | § | |
| | § | |
| BEA CORPORATION, | § | IN ADMIRALTY |
| RAUL LIMAS, *in personam*, and | § | |
| THE OIL SCREW FISHING | § | |
| VESSEL BEA, her engines, tackle, | § | |
| etc., *in rem* | § | |
|       Defendants | § | |

## JOINT REPORT ON MEDIATION STATUS

COME NOW, **Cindy Mae, Inc., Lawrence Zak** and **Francisco Reyna**, Plaintiffs and **Bea's Corporation** and **Raul Limas**, Defendants, in the above referenced action, through their undersigned attorney of record and report to the Court the status of this litigation with respect to mediation.

1.

The parties jointly request the Court to schedule mediation for this case in late September 2002 or early October 2002, by which time they anticipate completing discovery and being in a position to evaluate their respective positions.

Respectfully submitted,

*Jack G. Carinhas, Jr.*
Jack G. Carinhas, Jr.
State Bar #03795000
USDC No. 1179
302 Kings Highway Ste 109
Brownsville, Texas 78521
Telephone:  956/542-9161
Telefax:      956/542-3651
Counsel for Plaintiffs

*Dennis Sanchez*
Dennis Sanchez
State Bar #17569600
USDC No. 1594
Sanchez, Whittington, Janis
  & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521
Telephone:  956/546-3731
Telefax:      956/546-3766
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CINDY MAE, INC., et al.,<br>Plaintiffs, | §<br>§<br>§ |
| v. | § C.A. No. B-01-192 |
| BEA CORPORATION, et al.,<br>Defendants. | §<br>§<br>§<br>§ |

### ORDER

BE IT REMEMBERED that on the 30th day of July 2002, the Court ORDERED the Parties to apprise the Court, in writing, of the status of mediation proceedings by Friday, August 2, 2002 at 3 p.m.

DONE this 30th day of July, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge