IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CINDY MAE, INC., et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C.A. No. B-01-192 |
| | § | |
| BEA CORPORATION, et al., | § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on Friday the 13th day of September 2002, the Court ORDERED the parties to attend a mediation with Magistrate Judge Felix Recio before October 11, 2002.

DONE this 13th day of September, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge