United States District Court
Southern District of Texas
FILED

OCT 0 1 2002

Michael N. Milby
Clerk of Court

# Felix Recio, Judge Presiding
## Southern District of Texas, Brownsville Division

Date:   Oct 1, 2002, 1:30 pm - 4:55 pm

---

## C.A. NO. B-01-192 (HGT)

---

| | | |
|---|---|---|
| CINDY MAE | * | Jack G. Carinhas, Jr. |
| LAWRENCE ZAK | * | " |
| And FRANCISCO REYNA | * | " |
| | * | |
| vs | * | |
| | * | |
| BEA CORPORATION | * | Dennis M Sanchez |
| RAUL LIMAS, *in personam*, and | * | " |
| THE OIL SCREW FISHING VESSEL BEA, | * | " |
| her engines, tackle, etc., *in rem* | | |

---

## MEDIATION MINUTES

The following parties appeared:

   Buster Harris, President of the CINDY MAE, INC.,
   LAWRENCE ZAK,
   FRANCISCO REYNA,
   Attorney Jack G. Carinhas, Jr.,

   RAUL LIMAS, and
   Attorney Dennis M. Sanchez

Mediation held before Magistrate Judge Recio.

The case was settled.  Defendant BEA CORPORATION will submit a joint order of dismissal.