

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| CINDY MAE, INC., et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C.A. No. B-01-192 |
| | § | |
| BEA CORPORATION, et al., | § | |
| Defendants. | § | |

### Final Order of Dismissal

BE IT REMEMBERED that on November 22, 2002, the Court considered the Parties' Stipulation of Dismissal. The Court, having been advised by counsel that a settlement has been reached between Cindy Mae, Inc., Lawrence Zak, and Francisco Reyna, Plaintiffs, and BEA Corporation and Raul Lima, Defendants, dismisses this case with prejudice. All parties shall bear their own costs. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 22nd day of November, 2002.

Hilda G. Tagle
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CINDY MAE, INC., <br> LAWRENCE ZAK and <br> FRANCISCO REYNA <br><br> Plaintiffs, <br> VS. <br><br> BEA CORPORATION, <br> RAUL LIMAS, *in personam*, and <br> THE OIL SCREW FISHING <br> VESSEL BEA, her engines, tackle, <br> etc., *in rem* <br> Defendants. | § § § § § § § § § § § § § | CASE NUMBER B-01-192 |

## AGREED ORDER OF DISMISSAL

THIS COURT having been advised by the parties hereto that the above-styled and numbered cause has been compromised and settled as between CINDY MAE, INC., LAWRENCE ZAK and FRANCISCO REYNA, Plaintiffs, and BEA'S CORPORATION AND RAUL LIMA, Defendants, and that there is no further need for litigation of this matter as between said Plaintiffs and Defendants, it is, upon motion of the parties hereto,

ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause be dismissed with prejudice against all parties to file any same or similar action. Costs are hereby adjudged against party incurring same.

SIGNED FOR ENTRY this _____ day of October, 2002.

_____
Judge Presiding

APPROVED AND AGREED TO:

_____        _____
JACK G. CARINAS, JR., Attorney for         DENNIS SANCHEZ, Attorney for
Plaintiffs                                                       Defendants

L:\D19\19597\Agreed Order of Dismissal.wpd